```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15158
    MICHAEL J BUFORD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9432

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/21/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          1620.18         .00            .00
CAPITAL ONE                UNSECURED           507.48         .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC      8421.76      493.41        1162.90
AMERICREDIT FINANCIAL SV   UNSECURED           232.19         .00            .00
AMERICREDIT                NOTICE ONLY     NOT FILED          .00            .00
ONYX ACCEPTANCE CORP       SECURED VEHIC      6188.08      360.38         907.36
AMERICREDIT FINANCIAL SV   NOTICE ONLY     NOT FILED          .00            .00
VW CREDIT                  SECURED NOT I    19850.00          .00            .00
VW CREDIT                  UNSECURED          2603.52         .00            .00
ECMC                       UNSECURED         14413.50         .00            .00
ADVANCE MED IMAGING CENT   UNSECURED       NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED           235.87         .00            .00
CHASE BANK USA NA          UNSECURED          3753.52         .00            .00
CITGO                      UNSECURED       NOT FILED          .00            .00
DELL FINANCIAL SERVICES    UNSECURED          1363.75         .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1474.63         .00            .00
MERRICK BANK               UNSECURED          2615.47         .00            .00
ECAST SETTLEMENT CORP      UNSECURED           550.65         .00            .00
ORCHARD BANK               UNSECURED       NOT FILED          .00            .00
SHELL CARD CENTER          UNSECURED       NOT FILED          .00            .00
TARGET NATIONAL BANK       UNSECURED           547.61         .00            .00
ECAST SETTLEMENT CORP      UNSECURED           327.75         .00            .00
DELL FINANCIAL SERVICES    SECURED NOT I      200.00          .00            .00
ROUNDUP FUNDING LLC        UNSECURED          3955.70         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           8301.62         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED           138.68         .00            .00
VON MAUR                   UNSECURED          1199.63         .00            .00
ROUNDUP FUNDING LLC        UNSECURED           776.83         .00            .00
ONYX ACCEPTANCE CORP       UNSECURED           170.45         .00            .00
TIMOTHY K LIOU             DEBTOR ATTY       3,009.20                      25.85
TOM VAUGHN                 TRUSTEE                                        225.43
DEBTOR REFUND              REFUND                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15158 MICHAEL J BUFORD
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 3,175.33

PRIORITY                                            .00
SECURED                                         2,070.26
    INTEREST                                      853.79
UNSECURED                                           .00
ADMINISTRATIVE                                    25.85
TRUSTEE COMPENSATION                             225.43
DEBTOR REFUND                                       .00
                     ---------------       ---------------
TOTALS                  3,175.33                3,175.33
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 12/22/08                   /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 15158 MICHAEL J BUFORD